IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

MICHAEL DAVID CARDOZE, individually
and d/b/a MIKE'S BAR & GRILL,

    Defendant.

No. C 09-05683 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of J & J Sports Productions, Inc. and against Michael David Cardoze in the amount of $6,950. Plaintiff will receive $1,000 in statutory damages, $250 in enhanced damages, $4,200 in damages for conversion, and $1,500 in attorney's fees and costs. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: July 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE